# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| UNILOC USA, INC., UNILOC 2017 LLC, UNILOC LICENSING USA LLC, <br><br>Plaintiffs, <br><br>v. <br><br>CISCO SYSTEMS, INC., <br><br>Defendant. | § § § § § § § § § § § <br><br>CIVIL ACTION NO. 2:18-CV-00356-JRG |

## ORDER

Before the Court is Plaintiffs' Notice of Voluntary Dismissal Without Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) (Dkt. No. 4). Having considered the notice of dismissal, the Court hereby **ORDERS** that this case be **DISMISSED WITHOUT PREJUDICE**. The Clerk is directed to **CLOSE** the above referenced case.

**So Ordered this**
**Aug 16, 2018**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE